**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Raymie Lynn Headley, et al,

Plaintiffs,

Civil No. 01-1535 ADM/AJB

v.

**STIPULATION** AND ORDER

Ronald Glenn Brummund and Commodity Transfer of Rush City, Inc., a Minnesota corporation d/b/a CTX,

Defendants.

IT IS HEREBY STIPULATED AND AGREED to by counsel for the above-referenced parties that the Discovery Plan of the October 2, 2001 Pretrial Scheduling Order of United States Magistrate Arthur J. Boylan be amended as follows:

1. Plaintiffs shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before August 1, 2002.

2. Defendants shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before September 1, 2002.

3. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Plaintiffs' expert witnesses, shall be made on or before September 1, 2002.

MAY 1 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Defendants' expert witnesses, shall be made on or before October 1, 2002.

Dated: 5/14/02

SCHWEBEL GOETZ & SIEBEN, P.A.

By: ______________________
Max H. Hacker (#12414X)
ATTORNEYS FOR THE PLAINTIFFS
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: (612) 377-7777

Dated: 5/14/02

LIND JENSEN SULLIVAN & PETERSON

By: ______________________
Paul C. Peterson, Esq. (#151543)
ATTORNEYS FOR THE DEFENDANTS
150 South 5th Street, Suite 1700
Minneapolis, MN 55402-4217
Telephone: (612) 333-3637

So Ordered.

5/15/02 ______________________
U.S. Magistrate Judge