UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Raymie Lynn Headley and Michael Zimmer, as trustee for the next-of-kin of Riley Yeske, decedent, and Susan Lynn Frisbie,

Plaintiff,

v.

Ronald Glenn Brummund and Commodity Transfer of Rush City, Inc., a Minnesota Corporation d/b/a CTX,

Defendants.

Civil File No.01-1535 ADM/AJB

**ORDER FOR DISTRIBUTION OF MONEY RECOVERED UNDER MINN. STAT.§573.02**

The above – entitled matter came on for hearing before the undersigned Judge of U.S. District Court. Based upon all of the files, records and proceedings herein

IT IS HEREBY ORDERED:

1. Settlement of the wrongful death claim arising from the death of Reilly Yeske in the amount of $100,000.00 is approved, and Petitioner Michael Zimmer is authorized to sign the necessary releases and other documents;

2. Defendants Brummond and CTX or their insurer is directed to pay to Schwebel, Goetz & Sieben, P.A. and Petitioner, as Trustee for the next-of-kin of Reilly Yeske, the sum of $100,000.00;

3. The law firm of Schwebel, Goetz & Sieben, P.A. is allowed their attorneys' fees in the total sum of $33,333.33;

4. The sum of $50,000.00 is allowed Raymie Lynn Headley, surviving mother of decedent Reilly Yeske; and

5. The sum of $16,666.67 is allowed Josh Yeske, surviving biological father of decedent.

Date: Nov. 5, 2002

BY THE COURT:

Ann Montgomery

Judge of U.S. District Court
ANN D. MONTGOMERY

NOV 0 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK