**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Raymie Lynn Headley, et al.,

Plaintiffs,

vs.

Ronald Glenn Brummund and Commodity Transfer of Rush City, Inc., a Minnesota corporation d/b/a CTX,

Defendants.

Civil No. 01-1535 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled action having been fully, finally, and completely compromised between the parties,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the same may be, and hereby is, dismissed with prejudice, in its entirety and on the merits, and without costs and disbursements to any party, and that the parties to this Stipulation may apply to the court pursuant to this Stipulation for an order directing that a judgment of dismissal of all claims be entered accordingly.

Dated:

Schwebel, Goetz & Sieben, P.A.

Max H. Hacker #12414
Attorneys for Plaintiff
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
(612) 377-7777

FILED DEC 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 01, 2002

Lind, Jensen, Sullivan & Peterson
A Professional Association

Paul C. Peterson, I.D. No. 151543
Steven R. Little, I.D. No. 0304244
Attorneys for Defendants
150 South Fifth Street, Suite 1700
Minneapolis, Minnesota 55402
(612) 333-3637

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation of Dismissal, it is hereby ordered as follows:

1. Any and all claims in this matter are hereby dismissed, with prejudice, on the merits, and in their entirety, but without any award of costs or disbursements to any of the parties.

2. There being no just reason for delay, let judgment be entered accordingly.

Dated this 17th day of December, 2002.

BY THE COURT:

Judge of U.S. District Court
ANN D. MONTGOMERY